# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAYME DURBIN individually, and as conservator for his mother, JOAN DURBIN,<br><br>           Plaintiff,<br>vs.<br><br>Welcov Healthcare, LLC, Lewiston Healthcare #2, LLC,<br><br>           Defendants. | CV-17-62-GF-BMM<br><br>**ORDER** |

Plaintiff has filed a Fourth Amended Complaint. (Doc. 103). The Fourth Amended Complaint adds Lewiston Healthcare #2, LLC as a defendant in lieu of Welcov HD Master Tenant, LLC.

Accordingly, IT IS ORDERED:

1. Defendant Welcov Healthcare, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 71) is DENIED as moot.

2. Nonparty Lewiston Healthcare #2, LLC's Motion to Intervene as a Defendant (Doc. 75) is DENIED as moot.

3. Defendant HD Master Tenant, LLC's Motion to Dismiss Plaintiff's

Second Amended Complaint (Doc. 90) is DENIED as moot.

DATED this 28th day of June, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge